# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>EDY MATUTE,<br><br>      Defendant. | Case No. 17-CR-225-JPS<br><br>**ORDER** |

On April 3, 2018, the government filed a motion seeking entry of a preliminary order of forfeiture as to the guns and ammunition described in the forfeiture notice of the Indictment. (Docket #9). This forfeiture is made in accordance with 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Defendant's acquiescence thereto in his plea agreement. The Court will grant the government's motion. *See* Fed. R. Crim. P. 32.2.

Accordingly,

**IT IS ORDERED** that the government's motion for preliminary order of forfeiture (Docket #9) be and the same is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that all right, title and interest in the following items is hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c):

1. A Taurus PT945 handgun bearing serial number NV176774;
2. A Bushmaster AR-15 style rifle bearing serial number BFI684010; and
3. Approximately 17 rounds of ammunition.

**IT IS FURTHER ORDERED** that the above-listed items shall be seized forthwith by the Bureau of Alcohol, Tobacco, Firearms and Explosives, or its duly authorized representative;

**IT IS FURTHER ORDERED** that pursuant to Title 21, United States Code, Section 853(n)(1) the United States shall publish notice of this Order and of its intent to dispose of the property according to law; and

**IT IS FURTHER ORDERED** that the terms of this Order shall be recounted in the defendant's Judgment and Commitment Order.

Dated at Milwaukee, Wisconsin, this 4th day of April, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge